THE STATE OF OHIO, APPELLANT, *v.* NOGGLE, APPELLEE.

[Cite as *State v. Noggle* (2001), 91 Ohio St.3d 1280.]

(No. 00–1914—Submitted April 24, 2001—Decided June 6, 2001.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Russell B. Wiseman,* Crawford County Prosecuting Attorney, and *Clifford J. Murphy,* Assistant Prosecuting Attorney, for appellant.